IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HASSAN CHAHADEH | § | CASE NO. 17-33924 |
| Debtor. | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR DUPLICATE NOTICE**

LISA WHITE WATKINS, Court-Appointed Receiver of the Debtor prior to the bankruptcy filing of the Debtor, and a party in interest, requests all notices given or required to be given in this case to be served upon her counsel:

> Bruce K. Watkins
> Watkins & Watkins
> 24 Greenway Plaza, Suite 1710
> Houston, Texas 77046
> bruce@watkinslawhouston.com

Submitted this 29th day of June, 2017.

By:  /s/ Bruce K. Watkins
Bruce K. Watkins
Watkins & Watkins
State Bar No. 20921800
24 Greenway Plaza, Suite 1710
Houston, Texas 77046
(713) 222-6837
Fax (713) 222-7519
bruce@watkinslawhouston.com
Attorneys for LISA WHITE WATKINS

CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing notice of appearance has been served electronically or by first class mail upon parties requesting service.

| | |
|---|---|
| Timothy Webb | Stephen Douglas Statham |
| 3401 Louisiana St., Ste 120 | Office of U.S. Trustee |
| Houston, TX 77002 | 515 Rusk St., Ste. 3516 |
| Attorney for Debtor | Houston, TX 77056 |

/s/ Bruce K. Watkins
Bruce K. Watkins