IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | Chapter 11 |
| HASSAN CHAHADEH | § § | Case No. 17-33924 (KKB) |
| Debtor. | § § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that Robert P. Franke, Andrew Edson, Cliff Husted and Kelsey Sproull of the firm of STRASBURGER & PRICE, L.L.P. represent Regions Bank ("Regions") in the above-styled and numbered case. The undersigned attorneys and law firm hereby enter their appearance pursuant to 11 U.S.C. §1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure on behalf of Regions Bank and request copies of all notices and pleadings pursuant to Bankruptcy Rule 2002(a), (b), and (f). All such notices should be addressed to the following:

Robert P. Franke
Andrew Edson
Strasburger & Price, L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202-3794
Telephone: (214) 651-4300
Facsimile: (214) 651-4330
robert.franke@strasburger.com
andrew.edson@strasburger.com

and

C. Bowie Husted<br>
Kelsey Sproull<br>
Strasburger & Price, L.L.P.<br>
909 Fannin Street, Suite 2300<br>
Houston, Texas 77010<br>
Telephone: (713) 951-5600<br>
Facsimile: (713) 951-5660<br>
bowie.husted@strasburger.com<br>
kelsey.sproull@strasburger.com

Please take further notice that the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, including electronic mail, hand delivery, telephone, telegraph, telex or telecopier or otherwise, filed with regard to the above case and proceedings therein.  Regions additionally requests that the Debtor and the Clerk of the Court place the foregoing name and address on any mailing matrix or list of creditors to be prepared or existing in the above-numbered cause.

Dated: June 30, 2017

    Respectfully submitted,

    */s/ Robert P. Franke*
Robert P. Franke
State Bar No. 07371200
Andrew Edson
State Bar No. 24076364
STRASBURGER & PRICE L.L.P.
901 Main St., Suite 6000
Dallas, Texas 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330

    and

        C. Bowie Husted
        State Bar No. 00796803
        Kelsey Sproull
        State Bar No. 24079379
        Strasburger & Price, L.L.P.
        909 Fannin Street, Suite 2300
        Houston, Texas 77010
        Telephone: (713) 951-5600
        Facsimile: (713) 951-5660

        ATTORNEYS FOR REGIONS BANK

### **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served upon all parties that are registered or otherwise entitled to receive electronic notices via electronic notification pursuant to the ECF procedures in this District on this 30th day of June, 2017.

Timothy Webb
Webb Associates
3401 Louisiana St., Ste. 120
Houston, TX 77002


U.S. Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002


        */s/ Robert P. Franke*
        Robert P. Franke