

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
11/01/2018

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO. 17-33924 |
| HASSAN CHAHADEH, | § § § | CHAPTER 11 |
| DEBTOR. | § § | |

**STIPULATION AND AGREED ORDER TO EXTEND TIME TO OBJECT TO
DISCHARGE OF DEBTS PURSUANT TO 11 U.S.C. § 727**

Regions Bank ("***Regions***") and Hassan Chahadeh (the "***Debtor***") hereby submit this Stipulation and Order as follows:

WHEREAS, the following recitals are agreed to by the parties:

1. On June 27, 2017, the Debtor filed his chapter 11 bankruptcy petition under the United States Bankruptcy Code.

2. On November 8, 2017, Regions filed a proof of claim representing a judgment awarded on April 27, 2015 against the Debtor in the 270th District Court of Harris County, Texas in the amount of $1,493,627 plus post-judgment interest and costs of the court [Claim No. 22-2].

3. On January 30, 2018, the Debtor filed his proposed Disclosure Statement and Plan [ECF No. 175-76], which the Debtor did not seek approval of and the Court set a deadline of March 23, 2018 to file a revised disclosure statement and revised plan.

4. On March 23, 2018, the Debtor filed his Amended Disclosure Statement and Amended Plan [ECF No. 234-35]. On March 30, 2018, the Court entered an order [ECF No. 244] that approved the Amended Disclosure Statement, fixed the deadlines for voting on and objecting to the Amended Plan for May 11, 2018, and set the confirmation hearing of the Amended Plan for May 22, 2018.

5. On May 4, 2018, San Jacinto, another creditor in the case, and Regions began the 2004 Examination of the Debtor, which had previously been rescheduled on multiple occasions.

Page | 1

During the questioning a potential issue involving the solicitation package arose and the parties agreed to terminate the examination and reconvene on May 22, 2018 to allow time to address the issue. The 2004 Examination rescheduled for May 22, 2018 was cancelled and is being rescheduled for a date to be determined in October 2018.

6. On May 8, 2018, the Debtor filed a motion [ECF No. 269] to reschedule the confirmation hearing, deadlines for voting on and objecting to the Amended Plan, and deadlines for objecting to the Debtor's exemption into July 2018. The Court extended the voting and objection deadlines to July 6, 2018 and moved the confirmation hearing to July 16, 2018. [ECF No. 272]

7. On July 10, 2018, the Debtor filed a motion [ECF No. 285] to reschedule the confirmation hearing, deadlines for voting on and objecting to the Amended Plan and objecting to the Debtor's exemptions, which the Court heard on July 16, 2018. At the hearing, the Debtor represented that the Amended Plan was not feasible in light of current financial developments and that the Debtor intended to file a revised plan. The Court ruled that the revised plan must be filed by September 14, 2018, objections are due by October 9, 2018, and the confirmation hearing was set for October 16, 2018. The Court also set its sue sponte Motion to Covert to Chapter 7 and carried Regions Motion to Appoint a Trustee [ECF No. 175] to October 16, 2018.

8. On September 14, 2018, the Debtor filed his Second Amended Disclosure Statement [ECF No. 305], Second Amended Plan [ECF No. 304], and Third Amended Schedule I [ECF No. 303], which reported a reduction of monthly income.

9. On October 12, 2018, the Debtor filed a Notice of Reset Hearing to reschedule the confirmation hearing from October 16, 2018 to November 27, 2018.

10. Pursuant to the *Stipulation and Agreed Order to Extend Time to Object to Discharge of Debts Pursuant to 11 U.S.C. § 727* [ECF No. 291] entered July 26, 2018, the current deadline for

Regions to file an objection to the Debtor's discharge is October 30, 2018.

11. Regions and the Debtor agree that an extension of the December 31, 2018 deadline is appropriate in light of the developments in the bankruptcy case and pending 2004 Examination.

**NOW, THEREFORE, IT IS STIPULATED BY THE PARTIES AND HEREBY ORDERED THAT:**

12. The foregoing recitals are incorporated by reference into this Stipulation and Order.

13. Regions and the Debtor agree that Regions shall have until December 31, 2018 to file a complaint challenging the Debtor's entitlement to a discharge pursuant to 11 U.S.C. § 727.

14. Nothing set forth herein shall prejudice the rights of either Regions or the Debtor, including the right to seek further extension of the deadline.

Stipulated By:

*/s/ Tim Webb*
Tim Webb (TX Bar No. 00797639)
**Webb & Associates**
3401 Louisiana Street, Suite 120
Houston, Texas 77002
Telephone: (713) 752-0011
Facsimile: (713) 752-0013

-and-

*/s/ Brendon D. Singh*
Brendon D. Singh (TX. Bar No. 24075646)
**Corral Tran Singh LLP**
1010 Lamar Street, Suite 1160
Houston, Texas 77002
Telephone: (832) 975-7300
Facsimile: (832) 975-7301

**COUNSEL FOR HASSAN CHAHADEH**

*/s/ Robert P. Franke*
Robert P. Franke (TX Bar No. 07371200)
Andrew G. Edson (TX Bar No. 24076364)
Audrey L. Hornisher (TX Bar No. 24094369)
**Clark Hill Strasburger**
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330

**COUNSEL FOR REGIONS BANK**

**IT IS SO ORDERED.**

Signed: October 31, 2018.

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**